**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

IN RE:
THE WALSH CORPORATION                                    Case # 89-30949
                                                          (Chapter 7)
              Debtor.
_____

**REPORT OF TRUSTEE UNDER RULE 3011
AND APPLICATION FOR DISCHARGE OF TRUSTEE**

   The undersigned Trustee of the above-referenced estate, Wayne Sigmon, having filed his Final Report and Account herein, and the same having been heretofore approved, hereby reports that all checks issued by him as Trustee have been cashed by the bank upon which drawn,

   EXCEPT the following check(s) which have remained uncashed for ninety (90) days after the date of the distribution of the final dividend herein:

   CHECK #         NAME/ADDRESS                              AMOUNT

   SEE ATTACHED

and that as to the money represented by said checks, he has complied with the provisions of 11 U.S.C. §347, and

   The Trustee further reports that all canceled checks and bank statements of the bank accounts used in the administration of this estate are filed with the Bankruptcy Administrator herewith, and that the disbursements as contained in this Court's Order approving the Trustee's Final Report and Account.

   **WHEREFORE**, the Trustee prays that he be discharged of his trust, and that his bond be canceled.


   Dated _____         _____
                                   Wayne Sigmon, Attorney for the Trustee
                                   State Bar # 7318
                                   **GRAY, LAYTON, KERSH, SOLOMON,
                                    SIGMON, FURR & SMITH, P.A.**
                                   Post Office Box 2636
                                   Gastonia, North Carolina  28053
                                   (704) 865-6265

## CERTIFICATE OF SERVICE

    The undersigned certifies that the pleading or paper to which this Certificate is affixed was served upon the other party(s) to this action by hand delivery or by depositing a copy of same, enclosed in a first-class postpaid wrapper properly addressed to the attorney(s) of record for such other party(s), in a post office or official depository under the exclusive care and custody of the United States Postal Service this the _____ day of _____, 2004.

                                  _____
                                  Wayne Sigmon, Attorney

VIA ELECTRONIC NOTIFICATION FROM THE BANKRUPTCY COURT:

Bankruptcy Administrator
402 West Trade Street #200
Charlotte, NC  28202-1627

**ATTACHMENT TO RULE 3011**
**THE WALSH CORPORATION**
**CASE NO. 89-30949**

| Check # | Name/Address | Amount |
|---|---|---|
| 121, 239, 353 | Chambers of Georgia, Inc.<br>C/o John W. Staley<br>10700 Frankstown Rd.<br>Pittsburgh, PA 15235 | $501.55<br>$401.24<br>$319.82 |
| 123, 241, 355 | Claude V. Jones<br>P.O. 286<br>Durham, NC 27707 | $516.00<br>$412.80<br>$329.03 |
| 130, 248, 362 | Cornerstone Properties, Inc.<br>F/K/A Charlotte Office Towers<br>C/O Richey & Williams<br>100 N. Tryon St., Ste. 4200<br>Charlotte, NC 28202-4006 | $453.83<br>$363.06<br>$289.38 |
| 158, 275, 389 | ISC Subsidiary Corporation<br>500 Skokie Blvd. Ste. 300<br>Northbrook, IL 60062 | $71.22<br>$56.97<br>$45.41 |
| 161, 277, 391 | Kammy Ruettgers<br>1239-306 Kelston Place<br>Charlotte, NC 28212 | $24.03<br>$19.23<br>$15.32 |
| 171, 287 | Modern Office Machines<br>217 8th Street<br>Des Moines, IO 50309 | $134.48<br>$107.58 |
| 183, 301, 415 | Sayres, Inc.<br>400 Perimeter Center Terrace Ste. 145<br>Atlanta, GA 30346 | $6959.83<br>$5567.86<br>$4437.97 |
| 196, 428 | Triangle Power Spray Cleaning<br>9 Abingdon Way<br>Durham, NC 27713 | $150.95<br>$96.25 |
| 203 | Whitakers Inc. Of Sumter<br>P.O. Box 147<br>Mayesville, SC 29401 | $404.34 |

| | | |
|---|---|---|
| 205, 324, 438 | William & Bernice Deal<br>C/o John B. Finch<br>P.O. Box 711<br>Raleigh, NC 27602 | $64.32<br>$51.46<br>$41.01 |
| 219, 325, 439 | Woodland Carpet & Decorator's Supply<br>C/o Gary or Shelly Katz<br>2105 Dunwoody Heritage Dr.<br>Dunwoody, GA 30350 | $80.53<br>$64.43<br>$51.35 |
| 235 | Armistead J. Maupin<br>Maupin Taylor Ellis & Adams<br>P.O. Drawer 19764<br>Raleigh, NC 27619 | $395.92 |
| 237, 351 | Carolina Computer Systems of Charlotte<br>648 Matthews-Mint Hill Rd.<br>Matthews, NC 28150 | $1200.00<br>$956.48 |
| 259 | Floyd Davis Sales, Inc.<br>1657 Bankhead Hwy.<br>Austell, GA 30001 | $3664.64 |
| 286, 400 | Mobilecomm<br>72 Perimeter Center East<br>Atlanta, GA 30346 | $15.44<br>$12.30 |
| 304, 418 | Shiplett-Wilkins & Associates, Inc.<br>428 E 4th St. Ste. 204<br>Charlotte, NC 28202 | $280.00<br>$223.18 |
| 315, 429 | United Carolina Bank<br>Assignee of Asycue Const. S.<br>P.O. Box 5021<br>Monroe, NC 28110 | $3946.67<br>$3145.77 |
| 316 | United Waste Systems<br>7100 Delta Circle<br>Austell, GA 60168 | $418.36 |
| 320, 434 | Weinstein & Sturges<br>1100 S. Tryon St.<br>Charlotte, NC 28203 | $146.98<br>$117.15 |
| 354 | Kathernine Ream | $554.29 |

|     |                                                                                                   |            |
| --- | ------------------------------------------------------------------------------------------------- | ---------- |
|     | C/o Charles R. Steinberg, Aty.<br>P.O. Box 1807<br>Cocoa, FL 32923-1807                           |            |
| 360 | Ceridan Corporation<br>F/k/a Control Data Corporation<br>Atn: G. Nelson<br>8100 34th Ave. So.<br>Minneapolis, MN 55425-1640 | $1082.16   |
| 361 | Coopers & Lybrand<br>Atn: Lee Durham<br>100 N. Tryon St. Ste. 3400<br>Charlotte, NC 28202         | $1559.70   |
| 367 | Direct Express Courier Service<br>Charlotte/Corporate Office<br>1907 Gateway Blvd.<br>Charlotte, NC 28208 | $159.93    |
| 370 | Dura-Line Incorporation<br>P.O. Box 369<br>Naples, NC 28760-0369                                  | $11.51     |
| 398 | Mary Wilhite<br>801 Thames Court<br>Norcross, GA 30071                                            | $53.56     |
| 402 | Modern Office Machines<br>P.O. Box 5615<br>Greenville, NC 29606                                   | $43.22     |
| 427 | Treat Your Feet Inc.<br>2793 Mt. Zion Rd.<br>Jonesboro, GA 30236                                  | $201.60    |
|     |                                                                                                   | $40,220.11 |