UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

IN RE: ) 
) CASE NO. 89-30949
THE WALSH CORPORATION )
) CHAPTER 7
Debtor. )

## MOTION FOR DISBURSEMENT OF UNCLAIMED FUNDS

Branch Bank & Trust Co., successor to United Carolina Bank, a creditor in this case, by and through its attorney-in-fact, Federal Recovery, Inc., hereby petitions this Court for payment of $7,092.44 being held in the registry of the Clerk, U.S. Bankruptcy Court as unclaimed funds. Dividend checks in the amounts of $3,946.67 and $3,145.77 were not negotiated by United Carolina Bank, and the trustee was ordered by the Court on March 2, 2004 pursuant to 28 U.S.C. Section 2042 to deposit said funds with the Court.

Claimant, Branch Bank & Trust Co., appointed Federal Recovery, Inc. its attorney-in-fact to obtain recovery of said unclaimed funds. An original notarized Limited Power of Attorney is attached hereto.

Branch Bank & Trust Co. is the successor to United Carolina Bank by reason of a merger on September 19, 1997. (See copy of Articles of Merger Between Branch Bank and Trust Company and United Carolina Bank, attached hereto.)

A motion is made for an order directing the Clerk, U.S. Bankruptcy Court to pay said unclaimed funds in the amount of $7,092.44 to Branch Bank & Trust Co. in care of the undersigned.

Dated: 4-6-04                    By _____
                                 Anna S. Gorman
                                 Attorney for Federal Recovery, Inc.
                                 Poyner & Spruill, L.L.P.
                                 One Wachovia Center
                                 301 South College Street, Suite 2300
                                 Charlotte, NC 28202-6021
                                 Tel. No. 704-342-5276

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

In Re:

The Walsh Corporation

Case No.: 89-30949

Chapter    7


**AFFIDAVIT OF CREDITOR**

I, _Jack R. Hayes / Branch Banking & Trust_, the undersigned creditor in the above referenced case declare as follows:

1.  Federal Recovery, Inc., P. O. Box 510, Novelty, OH 44072, has been granted a power of attorney by me to submit an Application For Payment From Unclaimed Funds seeking payment of claim no. _315&429_ in the amount of $ _$3,946.67_ _$3,145.77_ due and owing to me as a creditor in the above referenced bankruptcy case.

2.  My name, position with the company, address and telephone number are as follows: _Jack R. Hayes_
_Bankruptcy Section Manager_
_PO Box 1847_
_Wilson, NC 27894-1847_
_252-296-7180_

3.  Creditor History:  Substantiate creditor's right to the claim, including but not limited to documents relating to sale of company, i.e., purchase agreement and/or stipulation by prior and new owner as to right of ownership.  Attach certified copies of all necessary documentation.

4.  I (or the company which I represent) have neither previously received remittance for this claim nor have contracted with any other party than the person named in item one above to recover these funds.

# LIMITED POWER OF ATTORNEY
(For one transaction only)

KNOW ALL MEN BY THESE PRESENTS, that

**Branch Banking & Trust Company, successor in interest to United Carolina Bank, Monroe,**

hereby appoints **Federal Recovery, Inc.** in the person of one of its principal officers its sole, lawful attorney-in-fact, with full power of substitution and discretion to act in its name, place and stead, and in general perform any act not constituting the practice of law to assert this claim and secure the recovery and collection (including the endorsement and negotiation of any instrument of payment) of the undistributed, unclaimed or undelivered funds of:

**United Carolina Bank, Monroe in the amount of $7,092.44**

held by the Charlotte, NC U.S. Bankruptcy Court in The Walsh Corporation, Case #89-30949, hereby revoking all previous powers of attorney in this regard, to whomever granted. This Power of Attorney shall expire upon completion of this collection. I authorize the use of a photocopy of this Power of Attorney, in lieu of the original. The person signing this Power of Attorney represents and warrants that he (she) has authority to sign for the corporation.

Date: __3/30/04__

_____
(Signature of Authorized Individual)

__Jack R. Hayes      Senior VP__
(Print Name and Title)

**Branch Banking & Trust Company**
(Company Name)

__2713 Forest Hills Rd__
(Street Address)

__Wilson, NC   27896__
(City, State, Zip Code)

__252-296-7180__
(Area Code and Telephone Number)

__56-1074313__
(Federal Tax I.D. No.)

Corporate Seal
**(If seal not available, sign Affidavit below.)

STATE OF __North Carolina__

COUNTY OF __Wilson__

Acknowledged before me on __March 30__, 2004 by __Jack R. Hayes__ who is the __Senior vice president__ of **Branch Banking & Trust Company** and is duly authorized to execute this Limited Power of Attorney.

Before me: __Patricia Turner__

Notary Public for the State of __North Carolina__

My commission expires: __12/11/05__

**AFFIDAVIT:** *(to be signed if corporate seal is not available)*

The Corporate Seal for this corporation is not available.

Signed: _____  Dated: _____
*As Notarized above*

I declare under penalty of perjury that the foregoing copy is true and correct.

Dated: 3/30/04

Branch Banking • Trust Company
Creditor
Successor in interest to
United Carolina Bank
by: [signature]

State of North Carolina
County of Wilson

Sworn to and subscribed before me this 30 day of March, 2004.

Patricia Juma
Notary Public

exp. 12/11/05

9 7 2 6 1 9 0 6 2

ARTICLES OF MERGER

BETWEEN

BRANCH BANKING AND TRUST COMPANY

AND

UNITED CAROLINA BANK

C-0023695
FILED
8:00 AM
SEP 19 1997
EFFECTIVE SEP 22 /99
ELAINE F MARSHALL 12:01
SECRETARY OF STATE
NORTH CAROLINA

Pursuant to Chapter 55 (Business Corporation Law) and Chapter 53 (General Banking Laws) of the General Statutes of North Carolina, United Carolina Bank ("UCB-NC") and Branch Banking and Trust Company ("BB&T-NC") hereby execute these Articles of Merger for the purpose of merging into one of such corporations:

### ARTICLE I

The following plan of merger as set forth in the Agreement of Merger ("Agreement"), dated as of July 8, 1997, which is attached as Exhibit A and incorporated with the same force and effect as if fully set forth herein, by and between UCB-NC, a North Carolina chartered commercial bank having its principal place of business at 127 West Webster Street, Whiteville, North Carolina and BB&T-NC, a North Carolina chartered commercial bank having its principal place of business at 200 West Second Street, Winston-Salem, North Carolina, was duly adopted in the manner prescribed by law by the shareholder of each corporation and provides as follows:

#### Section 1

#### Terms and Conditions of the Merger

1.1. **In General**. Subject to the terms and conditions of the Agreement of Merger, on the Effective Date (as defined herein), UCB-NC shall be merged with and into BB&T-NC pursuant to the provisions of, and with the effect provided under, Sections 53-12 and 53-13 of the North Carolina General Statutes (said transaction being hereinafter referred to as the "Merger"). UCB-NC and BB&T-NC sometimes are collectively referred to herein as the "Merging Banks."

1.2. **Effect of Merger**. On the Effective Date, the separate existence of UCB-NC shall cease and BB&T-NC, as the surviving entity, shall continue unaffected and unimpaired by the Merger and shall continue to operate under the name "Branch Banking and Trust Company" (BB&T-NC as existing on and after the Effective Date being hereinafter sometimes referred to as the "Surviving Institution").

1.3. **Business of the Surviving Institution**. The business of the Surviving Institution shall be that of a North Carolina chartered commercial bank and shall be conducted at the main office of the Surviving Institution, which shall be located at 200 West Second Street, Winston-

IN WITNESS WHEREOF, these Articles of Merger are signed by the duly authorized officers of each constituent corporation as of the 17th day of September, 1997.

| ATTEST: | | BRANCH BANKING AND TRUST COMPANY |
|---|---|---|
| By: _____ | By: _____ |
| Jeremy C. Herring (Print Name) | Robert E. Greene (Print Name) |
| Its: Secretary | Its: President |

(SEAL)

| ATTEST: | | UNITED CAROLINA BANK |
|---|---|---|
| By: _____ | By: _____ |
| Howard V. Hudson, Jr. (Print Name) | Kenneth L. Miller, Jr. (Print Name) |
| Its: Secretary | Its: President |

(SEAL)

 # National Information Center
## Federal Reserve System

Institution Search | *Institution History | Organization Hierarchy | Financial & Performance Reports | Top 50 BHCs/Banks | FAC

*Who has an Institution Acquired?

What Happened to an Institution?

| | |
|---|---|
| NAME: | BRANCH BANKING AND TRUST COMPANY |
| ADDRESS: | 200 WEST SECOND STREET |
| CITY: | WINSTON-SALEM |
| STATE: | NC |
| ZIP CODE: | 27101 |
| COUNTRY: | UNITED STATES |

| | |
|---|---|
| INSTITUTION TYPE: | COMMERCIAL BANK |
| REGULATOR: | FEDERAL DEPOSIT INSURANCE CORPORATION |
| INSURANCE: | FDIC/BIF AND FDIC/SAIF |
| TOP HOLDER: | BB&T CORPORATION |
| FDIC CERTIFICATE #: | 9846 |
| ACTIVITY: | COMML BK OR TRUST CO ENGAGED IN COMML BNKG |

CURRENT STATUS: OPEN

Listed below are all the institutions acquired. You can view additional information for an institution by selecting that institution. Data were updated as of March 3, 2004.

| | | | |
|---|---|---|---|
| BRANCH BANKING AND TRUST COMPANY, WINSTON-SALEM,NC | ACQUIRED | FARMERS BANK OF MARYLAND, ANNAPOLIS,MD | ON 10/11/2003 |
| FARMERS BANK OF MARYLAND, ANNAPOLIS,MD | ACQUIRED | COLONIAL SECURITIES CORPORATION, WILMINGTON,DE | ON 01/01/2000 |
| FARMERS BANK OF MARYLAND, ANNAPOLIS,MD | ACQUIRED | UNITED LAND CORPORATION, UPPER MARLBORO,MD | ON 01/01/2000 |
| FARMERS BANK OF MARYLAND, ANNAPOLIS,MD | ACQUIRED | FIRST VIRGINIA BANK - MARYLAND, UPPER MARLBORO,MD | ON 05/15/1999 |
| FARMERS BANK OF MARYLAND, ANNAPOLIS,MD | ACQUIRED | CAROLINE COUNTY BANK, THE, GREENSBORO,MD | ON 02/07/1998 |
| FARMERS BANK OF MARYLAND, ANNAPOLIS,MD | ACQUIRED | FIRST VIRGINIA BANK - CENTRAL MARYLAND, BEL AIR,MD | ON 03/08/1997 |
| FIRST VIRGINIA BANK - CENTRAL MARYLAND, BEL AIR,MD | ACQUIRED | AUGUSTA FEDERAL SAVINGS ASSOCIATION, BALTIMORE,MD | ON 03/21/1992 |
| AUGUSTA FEDERAL SAVINGS ASSOCIATION, BALTIMORE,MD | ACQUIRED | EASTVIEW SAVINGS AND LOAN ASSOCIATION, BALTIMORE,MD | ON 12/01/1981 |
| AUGUSTA FEDERAL SAVINGS ASSOCIATION, BALTIMORE,MD | ACQUIRED | CITY SAVINGS AND LOAN ASSOCIATION, HAVRE DE GRACE,MD | ON 06/30/1981 |
| FIRST VIRGINIA BANK - CENTRAL MARYLAND, BEL AIR,MD | ACQUIRED | CLIFTON TRUST BANK, COCKEYSVILLE,MD | ON 02/08/1992 |
| CLIFTON TRUST BANK, COCKEYSVILLE,MD | ACQUIRED | CLIFTON SAVINGS BANK, BALTIMORE,MD | ON 12/01/1969 |
| FARMERS BANK OF MARYLAND, ANNAPOLIS,MD | ACQUIRED | MILLINGTON BANK OF MARYLAND, THE, MILLINGTON,MD | ON 03/06/1976 |
| BRANCH BANKING AND TRUST COMPANY, WINSTON-SALEM,NC | ACQUIRED | ATLANTIC BANK, OCEAN CITY,MD | ON 10/11/2003 |

| Acquirer | | Acquired | Date |
|---|---|---|---|
| SECOND NATIONAL FEDERAL SAVINGS ASSOCIATION, SALISBURY,MD (HYATTSVILLE,MD / SALISBURY,MD) | ACQUIRED | SUNRISE FEDERAL SAVINGS AND LOAN ASSOCIATION, FAIRFAX,VA | ON 03/10/1990 |
| SECOND NATIONAL FEDERAL SAVINGS ASSOCIATION, SALISBURY,MD | ACQUIRED | BREHM FEDERAL SAVINGS BANK, BALTIMORE,MD | ON 05/14/1988 |
| SECOND NATIONAL FEDERAL SAVINGS ASSOCIATION, SALISBURY,MD | ACQUIRED | GREENWOOD BUILDING & LOAN ASSOCIATION, GREENWOOD,DE | ON 06/02/1986 |
| SECOND NATIONAL FEDERAL SAVINGS ASSOCIATION, SALISBURY,MD | ACQUIRED | LEWES & REHOBOTH BUILDING & LOAN, LEWES,DE | ON 08/01/1984 |
| MARYLAND FEDERAL BANK, HYATTSVILLE,MD | ACQUIRED | POTOMAC FEDERAL SAVINGS BANK, SILVER SPRING,MD | ON 02/26/1994 |
| BRANCH BANKING AND TRUST COMPANY, WINSTON-SALEM,NC | ACQUIRED | UNITED CAROLINA BANK, WHITEVILLE,NC | ON 09/22/1997 |
| UNITED CAROLINA BANK, WHITEVILLE,NC | ACQUIRED | TRIAD BANK, GREENSBORO,NC | ON 03/30/1996 |
| TRIAD BANK, GREENSBORO,NC | ACQUIRED | BANKERS TRUST OF NORTH CAROLINA, GREENSBORO,NC | ON 12/18/1993 |
| BANKERS TRUST OF NORTH CAROLINA, GREENSBORO,NC | ACQUIRED | PIEDMONT STATE BANK, GREENSBORO,NC | ON 07/16/1992 |
| UNITED CAROLINA BANK, WHITEVILLE,NC | ACQUIRED | SEABOARD SAVINGS BANK, SSB, PLYMOUTH,NC | ON 01/26/1996 |
| UNITED CAROLINA BANK, WHITEVILLE,NC | ACQUIRED | BANK OF IREDELL, THE, STATESVILLE,NC | ON 09/01/1994 |
| UNITED CAROLINA BANK, WHITEVILLE,NC | ACQUIRED | HOME FEDERAL SAVINGS BANK OF EASTERN NORTH CAROLINA, GREENVILLE,NC | ON 11/13/1993 |
| UNITED CAROLINA BANK, WHITEVILLE,NC | ACQUIRED | STATE BANK OF RALEIGH, RALEIGH,NC | ON 09/01/1984 |
| UNITED CAROLINA BANK, WHITEVILLE,NC | ACQUIRED | RICHMOND COUNTY BANK, ROCKINGHAM,NC | ON 12/01/1983 |
| UNITED CAROLINA BANK, WHITEVILLE,NC | ACQUIRED | BANK OF RAEFORD, RAEFORD,NC | ON 03/01/1982 |
| UNITED CAROLINA BANK, WHITEVILLE,NC | ACQUIRED | UNITED CAROLINA BANK, MONROE, MONROE,NC | ON 05/01/1981 |
| UNITED CAROLINA BANK, MONROE, MONROE,NC | ACQUIRED | ANSON BANK AND TRUST COMPANY, WADESBORO,NC | ON 07/01/1969 |
| UNITED CAROLINA BANK, MONROE, MONROE,NC | ACQUIRED | WAXHAW BANKING AND TRUST, WAXHAW,NC | ON 06/23/1960 |
| UNITED CAROLINA BANK, WHITEVILLE,NC | ACQUIRED | CAPITOL NATIONAL BANK, RALEIGH,NC | ON 10/01/1979 |
| UNITED CAROLINA BANK, WHITEVILLE,NC | ACQUIRED | CAPE FEAR BANK & TRUST COMPANY, FAYETTEVILLE,NC | ON 10/01/1979 |
| UNITED CAROLINA BANK, WHITEVILLE,NC | ACQUIRED | COMMERCIAL BANK OF DUNN, DUNN,NC | ON 09/06/1966 |
| UNITED CAROLINA BANK, WHITEVILLE,NC | ACQUIRED | PEOPLES UNITED BANK, SOUTHPORT,NC | ON 12/03/1937 |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) CASE NO. 89-30949 |
| THE WALSH CORPORATION | ) |
| | ) CHAPTER 7 |
| Debtor. | ) |

## ORDER TO DISBURSE FUNDS PURSUANT TO 28 U.S.C. §2042

**THIS MATTER** coming before the undersigned United States Bankruptcy Judge for the Western District of North Carolina upon the application of Branch Bank & Trust Co., successor to United Carolina Bank, for disbursement of funds pursuant to 28 U.S.C. §2042, and,

**IT APPEARING** to the court that the procedure for disbursement required by the aforementioned section of the Unites States Code and the local rules of this Court having been complied with and that Branch Bank & Trust Co. is entitled to $7,092.44 and that the monies should be disbursed,

**NOW THEREFORE, IT IS HEREBY ORDERED** that the Clerk arrange for the disbursement to Branch Bank & Trust Co. and mail said disbursement c/o Anna S. Gorman, Esq., Poyner & Spruill, One Wachovia Center, 301 South College Street, Suite 2300, Charlotte, N.C. 28202-6021 the sum of $7,092.44 said amount representing unclaimed funds having previously been deposited pursuant to 11 U.S.C. §347(a) of the Bankruptcy Code.

Dated:_____                    _____
                                          United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 89-30949 |
| THE WALSH CORPORATION ) | |
| ) | CHAPTER 7 |
| Debtor. ) | |

**NOTICE OF MOTION FOR DISBURSEMENT OF UNCLAIMED FUNDS**
**AND**
**NOTICE OF HEARING**

Robert J. Conrad, Jr., United States Attorney
Carillon Building, Suite 1700
227 W. Trade St.
Charlotte, NC 28202

John Bramlett
United States Bankruptcy Administrator
402 West Trade St., Room 200
Charlotte, NC 28202

Wayne Sigmon, Attorney for Trustee
Gray, Layton, Kersh, Solomon, Sigmon, Furr & Smith P.A.
PO Box 2636
Gastonia, NC 28053

Albert F. Durham
Rayburn, Cooper & Durham
Attorneys for Debtor
227 W. Trade St., Suite 1200
Charlotte, NC 28202

Please take notice that the above motion has been scheduled for hearing on April 29, 2004 at 9:30 am, Charles R. Jonas Federal Building, 401 West Trade St., Charlotte, NC 28202.

**CERTIFICATE OF SERVICE**

I certify that a copy of this Notice of Hearing and motion was served on the parties set forth above.

By: _____
Anna S. Gorman, Attorney