UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 89-30949 |
| THE WALSH CORPORATION ) | |
| ) | CHAPTER 7 |
| Debtor. ) | |

## MOTION FOR DISBURSEMENT OF UNCLAIMED FUNDS

Sayres, Inc., claimant and a creditor in this case, by and through its attorney-in-fact, Federal Recovery, Inc., hereby petitions this Court for payment of $16,965.66 being held in the registry of the Clerk, U.S. Bankruptcy Court as unclaimed funds. Dividend checks in the amounts of $6,959.83, $5,567.86 and $4,437.97 were not negotiated by Sayres, Inc., and the trustee was ordered by the Court on March 2, 2004 pursuant to 28 U.S.C. Section 2042 to deposit said funds with the Court.

Claimant, Sayres, Inc., appointed Federal Recovery, Inc. its attorney-in-fact to obtain recovery of said unclaimed funds. An original notarized Limited Power of Attorney is attached hereto.

Sayres, Inc. did not receive its dividend checks because it discontinued doing business several years ago.

A motion is made for an order directing the Clerk, U.S. Bankruptcy Court to pay said unclaimed funds in the amount of $16,965.66 to Sayres, Inc. in care of the undersigned.

Dated: 4-6-04          By _____
                           Anna S. Gorman
                           Attorney for Federal Recovery, Inc.
                           Poyner & Spruill
                           100 North Tryon Street, Suite 4000
                           Charlotte, North Carolina 28202-4010
                           Tel. No. 704-342-5276

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

In Re:

The Walsh Corporation

Case No.: 89-30949

Chapter 7

## AFFIDAVIT OF CREDITOR

I, **C. E. SAYRES**, the undersigned creditor in the above referenced case declare as follows:

1. Federal Recovery, Inc., P. O. Box 510, Novelty, OH 44072, has been granted a power of attorney by me to submit an Application For Payment From Unclaimed Funds seeking payment of claim no. **89-30949** in the amount of $ **16,965.66** due and owing to me as a creditor in the above referenced bankruptcy case.

2. My name, position with the company, address and telephone number are as follows:

    C. E. Sayres, President, CEO
    715 Edwards Road
    Smithville, GA 31787-2431
    229-846-2802

3. Creditor History: Substantiate creditor's right to the claim, including but not limited to documents relating to sale of company, i.e., purchase agreement and/or stipulation by prior and new owner as to right of ownership. Attach certified copies of all necessary documentation.

4. I (or the company which I represent) have neither previously received remittance for this claim nor have contracted with any other party than the person named in item one above to recover these funds.

I declare under penalty of perjury that the foregoing copy is true and correct.

Dated: 3-21-04                    _____
                                          Creditor

State of Georgia
County of Terrell
Sworn to and subscribed before me this 21st day of March, 2004.

_____
Notary Public

[Notary Seal: DIANNE DANFORTH, NOTARY PUBLIC, GEORGIA, TERRELL COUNTY, EXPIRES MAR. 6, 2005]

# LIMITED POWER OF ATTORNEY
(For one transaction only)

KNOW ALL MEN BY THESE PRESENTS, that

**Sayres, Inc.,**

hereby appoints **Federal Recovery, Inc.** in the person of one of its principal officers its sole, lawful attorney-in-fact, with full power of substitution and discretion to act in its name, place and stead, and in general perform any act not constituting the practice of law to assert this claim and secure the recovery and collection (including the endorsement and negotiation of any instrument of payment) of the undistributed, unclaimed or undelivered funds of:

**Sayres, Inc. in the amount of $16,965.66**

held by the Charlotte, NC U.S. Bankruptcy Court in The Walsh Corporation, Case #89-30949, hereby revoking all previous powers of attorney in this regard, to whomever granted. This Power of Attorney shall expire upon completion of this collection. I authorize the use of a photocopy of this Power of Attorney, in lieu of the original. The person signing this Power of Attorney represents and warrants that he (she) has authority to sign for the corporation.

Date: __March 21, 2004__

_____
(Signature of Authorized Individual)

__C.E. SAYRES, PRES & CEO__
(Print Name and Title)

**Sayres, Inc.**
(Company Name)

__400 PERIMETER CENT. TERR., SUITE 145__
(Street Address)

__ATLANTA, GA 30346__
(City, State, Zip Code)

__229 846-2802__
(Area Code and Telephone Number)

_____
(Federal Tax I.D. No.)

Corporate Seal
**(If seal not available,
sign Affidavit below.)

STATE OF __Georgia__
COUNTY OF __Terrell__

Acknowledged before me on __21st March__, 2004 by __C.E. Sayres__ who is the __Pres & CEO__ of Sayres, Inc. and is duly authorized to execute this Limited Power of Attorney.

Before me: __Dianne Danforth__
Notary Public for the State of __Georgia__
My commission expires: __3-6-2005__

(NOTARY SEAL — Dianne Danforth, Georgia, Mar. 6, 2005, Notary Public, Terrell County)

**\*\*AFFIDAVIT:** *(to be signed if corporate seal is not available)*
The Corporate Seal for this corporation is not available.
Signed: _____    Dated: __3-21-04__
*As Notarized above*

**Georgia**
**IDENTIFICATION CARD**
NUMBER 241383106   EXPIRES 07-22-2007

SAYRES, CHARLES EDWIN JR
715 EDWARDS ROAD BX 300
SMITHVILLE, GA 31787

SEX   BIRTHDATE   EXAM DATE   EYES
M     07-22-1925  03-06-2003  BLU
HEIGHT  WEIGHT  CSC   FEE
5-11    205     5 P10  010.00

ORGAN DONOR


I.D. ONLY
COMMISSIONER

**Georgia**
**DRIVER'S LICENSE**
NUMBER 241383106   EXPIRES 07-22-2000

SAYRES, CHARLES EDWIN JR
715 EDWARDS ROAD BX 300
SMITHVILLE, GA 31787

SEX   BIRTHDATE   EXAM DATE   COUNTY
M     07-22-1925  01-03-1997  088
HEIGHT  WEIGHT  POST  FEE   RESTRICTIONS
5-11    205     5 10  8.00
CLASS  ENDORSEMENTS  TYPE
C                    REG
ORGAN DONOR
COMMISSIONER

HOPE THIS IS ALL YOU NEED

ZS

**Secretary of State**

Corporations Division

315 West Tower

#2 Martin Luther King, Jr. Dr.

Atlanta, Georgia 30334-1530

```
DOCKET NUMBER        : 040860239
CONTROL NUMBER       : J805639
DATE INC/AUTH/FILED  : 03/15/1988
JURISDICTION         : GEORGIA
PRINT DATE           : 03/26/2004
FORM NUMBER          : 215
```

```
FEDERAL RECOVERY INC.
KENNETH LOREK
POB 510
NOVELTY, OH 44072
```

**CERTIFIED COPY**

I, Cathy Cox, the Secretary of State of the State of Georgia, do hereby certify under the seal of my office that the attached documents are true and correct copies of documents filed under the name of

**SAYRES, INC.**
**A DOMESTIC PROFIT CORPORATION**

Said entity was formed in the jurisdiction set forth above and has filed in the Office of Secretary of State on the date set forth above its certificate of limited partnership, articles of incorporation, articles of association, articles of organization or application for certificate of authority to transact business in Georgia.

This certificate is issued pursuant to Title 14 of the Official Code of Georgia Annotated and is prima-facie evidence of the existence or nonexistence of the facts stated herein.



Cathy Cox
Secretary of State

**Secretary of State**
**Business Services and Regulation**
**Suite 315, West Tower**
**2 Martin Luther King Jr. Dr.**
**Atlanta, Georgia 30334-1530**

DOCKET NUMBER : 943210691
CONTROL NUMBER: 8805639
EFFECTIVE DATE: 11/15/1994
REFERENCE     : 0045
PRINT DATE    : 11/17/1994
FORM NUMBER   : 113

LENZER & LENZER
5896 PEACHTREE PARKWAY
NORCROSS GA   30092

# CERTIFICATE OF DISSOLUTION

I, MAX CLELAND, Secretary of State and the Corporation Commissioner of the State of Georgia, do hereby certify under the seal of my office that

**SAYRES, INC.**
**A DOMESTIC PROFIT CORPORATION**

has been duly dissolved under the laws of the State of Georgia by the filing of articles of dissolution in the office of the Secretary of State and by the paying of fees as required by Title 14 of the Official Code of Georgia Annotated and the Rules and Regulations promulgated thereunder.  Attached hereto is a true and correct copy of said articles of dissolution.

WITNESS my hand and official seal in the City of Atlanta and the State of Georgia on the date set forth above.

MAX CLELAND
SECRETARY OF STATE

VERLEY J. SPIVEY
DEPUTY SECRETARY OF STATE

9432l069l
$20

ARTICLES OF DISSOLUTION
OF SAYRES, INC.

1.
The name of the Georgia Corporation to be voluntarily dissolved is "Sayres, Inc."

2.
A Notice of Intent to Dissolve the Corporation was filed with the Secretary of State's Office on ~~October~~ NOVEMBER 15, 1994 and said Notice of Intent to Dissolve has not been revoked. RWL

3.
All known debts, liabilities, and obligations of the Corporation have been paid and discharged, or adequate provision has been made therefor.

4.
All remaining property and assets of the Corporation have been distributed among its Shareholders in accordance with their respective rights and interests, or adequate provision has been made therefor.

5.
There are no actions pending against the Corporation in any court, or adequate provision has been made for the satisfaction of any judgment, order, or decree which may be entered against the Corporation in any pending action.

This the 30th day of September, 1994.

_____
CHARLES E. SAYRES
Director of Sayres, Inc.
Shareholder of Sayres, Inc.
President of Sayres, Inc.

_____
Robert W. Leuper
ATTORNEY FOR SAYRES, INC.

Nov 15  4 20 PM '94
SECRETARY OF STATE

**Secretary of State**
**Business Services and Regulation**
**Suite 315, West Tower**
**2 Martin Luther King Jr. Dr.**
**Atlanta, Georgia 30334-1530**

DOCKET NUMBER : 943210688
CONTROL NUMBER: 8805639
EFFECTIVE DATE: 11/15/1994
REFERENCE     : 0045
PRINT DATE    : 11/17/1994
FORM NUMBER   : 116

LENZER & LENZER
5896 PEACHTREE PARKWAY
NORCROSS GA   30092

## CERTIFICATE OF NOTICE OF INTENT TO DISSOLVE

I, MAX CLELAND, Secretary of State and the Corporation Commissioner of the State of Georgia, do hereby certify under the seal of my office that

### SAYRES, INC.
### A DOMESTIC PROFIT CORPORATION

has filed a notice of intent to dissolve in the office of the Secretary of State and has paid the required fees pursuant to Title 14 of the Official Code of Georgia Annotated. Attached hereto is a true and correct copy of said notice of intent to dissolve.

WITNESS my hand and official seal in the City of Atlanta and the State of Georgia on the date set forth above.

MAX CLELAND
SECRETARY OF STATE

VERLEY J. SPIVEY
DEPUTY SECRETARY OF STATE

943210688
$20

TO: Secretary of State
    Business Services and Regulation
    Suite 306  West Tower
    2 Martin Luther King Jr. drive
    Atlanta, Georgia   30334

NOTICE OF INTENT TO DISSOLVE

1.
The name of the Georgia Corporation is "SAYRES, INC."

2.
The date dissolution of the Corporation was authorized is September 30, 1994.

3.
Shareholder approval of a proposal for dissolution of the Corporation was required, and dissolution was duly approved by a unanimous vote of the Shareholders in accordance with O.C.G.A. 14-2-1402, on September 30, 1994.

4.
The Corporation has undertaken that the request for publication of a "Notice of Intent to Voluntarily Dissolve the Corporation" and payment therefor will be made as required by O.C.G.A. 14-2-1403.1(b).

This the 30th day of September, 1994.

_____
CHARLES E. SAYRES
Shareholder of Sayres, Inc.
Director of Sayres, Inc.

Nov 15  4 19 PM '94
BSR (S)
SECRETARY OF STATE

**Secretary of State**
**Business Services and Regulation**
Suite 306, West Tower
2 Martin Luther King Jr. Dr.
Atlanta, Georgia 30334

CHARTER NUMBER  : 8805639 0?
DATE INCORPORATED: MARCH    15, 198?
COUNTY          : DEKALB
EXAMINER        : MARILYN N MATEEN
TELEPHONE       : 404-656-2?11

MAILED TO:

DENISE H. MOSELEY
56 PERIMETER CTR. EAST, #5??
ATLANTA          GA 30?4?

CERTIFICATE OF INCORPORATION

I, MAX CLELAND, SECRETARY OF STATE AND THE CORPORATIONS
COMMISSIONER OF THE STATE OF GEORGIA DO HEREBY CERTIFY, UNDER THE
SEAL OF MY OFFICE, THAT

---
                    "DAYP?S, IN?."
---

HAS BEEN DULY INCORPORATED UNDER THE LAWS OF THE STATE OF GEORGIA
ON THE DATE SET FORTH ABOVE, BY THE FILING OF ARTICLES OF INCOR-
PORATION IN THE OFFICE OF THE SECRETARY OF STATE AND THE FEES
THEREFOR PAID, AS PROVIDED BY LAW, AND THAT ATTACHED HERETO IS A
TRUE COPY OF SAID ARTICLES OF INCORPORATION.

WITNESS, MY HAND AND OFFICIAL SEAL, IN THE CITY OF ATLANTA
AND THE STATE OF GEORGIA ON THE DATE SET FORTH BELOW.

DATE: MARCH    17, 1938

*Max Cleland*
**MAX CLELAND**
**SECRETARY OF STATE**

*H. Wayne Howell*
**H. WAYNE HOWELL**
**DEPUTY SECRETARY OF STATE**



ARTICLES OF INCORPORATION
OF
SAYRES, INC.

I.

The name of the corporation is:

Sayres, Inc.

II.

The corporation is organized pursuant to the provisions of the Georgia Business Corporation Code.

III.

The corporation shall have perpetual duration.

IV.

The purposes of the corporation shall be to invest in real estate, and to engage in other lawful businesses from time to time without limitation.

V.

The corporation shall have authority to issue not more than 5,000 shares of common stock $1.00 par value per share.

VI.

The corporation shall not commence business until it shall have received not less than $500 in payment for the issuance of shares of its stock.

VII.

No holder of shares of any class of the capital stock of the corporation shall have preemptive rights, and the corporation shall have the right to issue and to sell to any person or persons any shares of its capital stock or any option rights or any securities having conversion or option rights, without first offering such shares, rights, or securities to any holders of shares of any class of capital stock of the corporation.

## VIII.

In addition to the powers to make distributions and purchase its own shares conferred generally by law, the corporation shall have the power to make distributions to its shareholders out of its capital surplus, and to purchase the corporation's own shares out of its unreserved and unrestricted capital surplus.

## IX.

The address of the initial registered office of the corporation shall be 56 Perimeter Center East, Suite 500, Atlanta, Georgia 30346. The initial registered agent of the corporation at such address shall be Julian D. Nealy.

## X.

The initial Board of Directors of the corporation shall consist of one (1) member, whose name and address are as follows:

| Member Name | Address |
| --- | --- |
| Charles E. Sayres | 400 Perimeter Center Terrace Suite 145 Atlanta, Georgia 30346 |

## XI.

The name and address of the Incorporator are:

| | |
| --- | --- |
| Charles E. Sayres | 400 Perimeter Center Terrace Suite 145 Atlanta, Georgia 30346 |

IN WITNESS WHEREOF, the undersigned executes these Articles of Incorporation.

_____
Julian D. Nealy
Attorney for Incorporator

Suite 500
56 Perimeter Center East
Atlanta, Georgia 30346

## CONSENT TO APPOINTMENT AS REGISTERED AGENT

TO:    Max Cleland
       Secretary of State
       Ex-Officio Corporation Commissioner
       State of Georgia

   I, Julian D. Nealy, do hereby consent to serve as registered agent for the corporation Sayres, Inc.

   This  15th  day of March, 1988.

                                    /s/ Julian D. Nealy
                                    ─────────────────────
                                    Julian D. Nealy

Address of registered agent:

56 Perimeter Center East
Suite 500
Atlanta, Georgia  30346

Docket #
880-673-22



**BUSINESS SERVICES AND REGULATION**
**ARTICLES OF INCORPORATION DATA ENTRY FORM**
**FOR GEORGIA CORPORATIONS**

**MAX CLELAND**  **H. WAYNE HOWELL**
Secretary of State  Deputy Secretary of State

| I. | Filing Date: 3-15-88 | Code: D | Docket No.: 880-673-22 |
|---|---|---|---|
| | Assigned Exam: | | Amt.: $ 122.00  By: 45 |
| | Charter Number: 8805639 | | Completed: |

DO NOT WRITE ABOVE THIS LINE — SOS USE ONLY

*NOTICE TO APPLICANT: PRINT PLAINLY OR TYPE THE REMAINDER OF THIS FORM.*

| II. | Corporate Name: Sayres, Inc. |
|---|---|
| | Mailing Address: Suite 145, 400 Perimeter Center Terrace |

| City: Atlanta | County: Dekalb | State: Georgia | Zip Code: 30346 |
|---|---|---|---|

| III. | Fees Submitted By: Hansell & Post |
|---|---|

| Secretary of State: $ 40.00 | | Check No.: 081088 | |
|---|---|---|---|
| Clerk of Court: $ 22.00 | Check No.: 081090 | County: Dekalb | |
| Publisher: $ 60.00 | Check No.: 081089 | Name: Decatur-Dekalb News Era | |

| IV. | Incorporator: Charles E. Sayres |
|---|---|
| | Address: Suite 145, 400 Perimeter Center Terrace |

| City: Atlanta | State: Georgia | Zip Code: 30346 |
|---|---|---|

| V. | Registered Agent/Office: Julian D. Nealy |
|---|---|
| | Address: Suite 500, 56 Perimeter Center East |

| City: Atlanta | State: Georgia | Zip Code: 30346 |
|---|---|---|

| VI. ARTICLES OF INCORPORATION FILING CHECK-OFF LIST | Applicant | Examiner |
|---|---|---|
| 1. Original and two conformed copies of Articles of Incorporation | | |
| 2. Corporate name certificate enclosed and verified | SS66-7322 verified | |
| 3. Publisher's and Clerk's checks enclosed and verified | | |
| 4. Consent form enclosed and verified | | |
| 5. Corporate duration and statutory authority stated | | |
| 6. Number shares, par value, minimum capital stated | | |
| 7. Number of directors and their names and addresses | | |

| VII. | Applicant/Attorney: Denise F. Moseley, Legal Assistant | Telephone: (404) 399-1687 |
|---|---|---|
| | Address: Suite 500, 56 Perimeter Center East | |

| City: Atlanta | State: Georgia | Zip Code: 30346 |
|---|---|---|

NOTICE: Attach Articles of Incorporation, Secretary of State filing fee, name certificate, consent to serve as registered agent, publisher's letter and fee and clerk's fee and file with the Secretary of State at 2 Martin Luther King Jr. Dr., Suite 315, West Tower, Atlanta, Georgia 30334. For information call 404-656-2817. This form does not replace the Articles of Incorporation. I understand that the information on this form will be used in the Secretary of State Corporate data base.

Signed: _Denise F. Moseley_  Date: March 15, 1988

Form A 100
2-1-87

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) CASE NO. 89-30949 |
| THE WALSH CORPORATION | ) |
| | ) CHAPTER 7 |
| Debtor. | ) |

### ORDER TO DISBURSE FUNDS PURSUANT TO 28 U.S.C. §2042

**THIS MATTER** coming before the undersigned United States Bankruptcy Judge for the Western District of North Carolina upon the application of Sayres, Inc. for disbursement of funds pursuant to 28 U.S.C. §2042, and,

**IT APPEARING** to the court that the procedure for disbursement required by the aforementioned section of the Unites States Code and the local rules of this Court having been complied with and that Sayres, Inc. is entitled to $16,965.66 and that the monies should be disbursed,

**NOW THEREFORE, IT IS HEREBY ORDERED** that the Clerk arrange for the disbursement to Sayres, Inc. and mail said disbursement c/o Anna S. Gorman, Esq., Poyner & Spruill, 100 North Tryon St., Suite 4000, Charlotte, N.C. 28202-4010 the sum of $16,965.66 said amount representing unclaimed funds having previously been deposited pursuant to 11 U.S.C. §347(a) of the Bankruptcy Code.

Dated:_____          _____
                                         United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

IN RE:                                    )
                                          )   CASE NO. 89-30949
THE WALSH CORPORATION                     )
                                          )   CHAPTER 7
                  Debtor.                 )


### NOTICE OF MOTION FOR DISBURSEMENT OF UNCLAIMED FUNDS
### AND
### NOTICE OF HEARING

Robert J. Conrad, Jr., United States Attorney     John Bramlett
Carillon Building, Suite 1700                     United States Bankruptcy Administrator
227 W. Trade St.                                  402 West Trade St., Room 200
Charlotte, NC 28202                               Charlotte, NC 28202

Wayne Sigmon, Attorney for Trustee
Gray, Layton, Kersh, Solomon, Sigmon, Furr & Smith P.A.
PO Box 2636
Gastonia, NC 28053

Albert F. Durham
Rayburn, Cooper & Durham
Attorneys for Debtor
227 W. Trade St., Suite 1200
Charlotte, NC 28202

   Please take notice that the above motion has been scheduled for hearing on April 29, 2004 at 9:30 am, Charles R. Jonas Federal Building, 401 West Trade St., Charlotte, NC 28202.


### CERTIFICATE OF SERVICE

   I, certify that a copy of this Notice of Hearing and motion was served on the parties set forth above.

                                    By: _____
                                          Anna S. Gorman, Attorney