# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No.: 89-30949 |
| | ) | Chapter 7 |
| THE WALSH CORPORATION | ) | |
| | ) | |
| | ) | |
| Tax I.D. #:   56-1252043 | ) | |
| | ) | |

### BANKRUPTCY ADMINISTRATOR'S CERTIFICATION OF
### CHAPTER 7 RULE 3011 REPORT OF FINAL REPORT AND ACCOUNTING
### AND MOTION TO CLOSE ESTATE

1. Section 317(b) of Title III of the Judicial Improvements Act of 1990 gives the Bankruptcy Administrator standing to appear in cases filed under title 11 of the United States Code. This Certification is filed pursuant to that authority.

2. The Bankruptcy Administrator hereby certifies that the office of the Bankruptcy Administrator reviewed the Rule 3011 Report and Application for Discharge of Trustee along with canceled checks and bank statements filed by the Trustee in the above-referenced case.

3. The undersigned certifies that an audit has been conducted to insure that the distribution is in accordance with the Order Approving Final Report and Accounting and the Bankruptcy Administrator finds no basis upon which to raise any objection or reservation regarding any aspect of the same.

The undersigned further moves that this case be closed.

Date:   APRIL 20, 2004

_____
John L. Bramlett NC Bar #7017
Office of the Bankruptcy Administrator
402 W. Trade Street, Suite 200
Charlotte, NC  28202-1669
Telephone:  704/350-7590
Telecopier:  704/344-6666