# UNITED STATES BANKRUPTCY ADMINISTRATOR
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### REPORT OF 30II CERTIFICATION AND AUDIT

| | | | | | |
|---|---|---|---|---|---|
| **CASE NAME:** | | | | | |
| **CASE NO:** | | | | | |
| **TRUSTEE:** | | | | **Division** | |
| GROSS CASH RECEIPTS | | | | | |

| | |
|---|---|
| TRUSTEE COMMISSION | |
| ATTORNEY FEES | |

| | | | | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

OTHER PROFESSIONAL  FEES & EXPENSES

| | | | | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

DISTRIBUTIONS

| | |
|---|---|
| SECURED CREDITORS | |
| PRIORITY CREDITORS | |
| UNSECURED CREDITORS | |
| EQUITY SECURITY HOLDERS | |
| OTHER DISTRIBUTIONS | |
| TOTAL DISTRIBUTIONS | |
| BANKRUPTCY ANALYST | |
| SIGNATURE | |
| DATE PREPARED | |